**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RAMDEO BALLIRAM,

            Appellant

       v.

COMMONWEALTH OF PENNSYLVANIA
PAROLE BOARD,

          Appellee

:  No. 12 MAP 2025
:
:  Appeal from the Order of the
:  Commonwealth Court at No. 545
:  MD 2024 dated December 9, 2024.
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**　　　　　　　　　　　**DECIDED: October 23, 2025**

     **AND NOW,** this 23rd day of October, 2025, the order of the Commonwealth Court is **AFFIRMED**.